# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DEON TREMELL LEE (#375231)            CIVIL ACTION

VERSUS

JEFF LANDRY, ET AL.            17-1817-SDD-RLB

## ORDER

This matter comes before the Court on the Plaintiff's *Petition for Writ of Habeas Corpus*.[1] On or about December 29, 2017, the Plaintiff filed a 28 U.S.C. § 2254 application herein challenging his conviction entered in the Parish of East Baton Rouge in 1998.

The Petitioner has previously filed a petition for writ of *habeas corpus* in this Court regarding the same conviction.[2] 28 U.S.C. § 2244(b)(1) and (2) authorize dismissal of "second and successive" *habeas corpus* petitions, and § 2244(b)(3) directs a petitioner filing a "second and successive" *habeas* to obtain authorization from the appropriate Court of Appeals before filing the petition in District Court.

The instant *Petition* is another attempt to collaterally attack the Petitioner's state court conviction, and the Petitioner's claims are clearly successive. As the Petitioner has not yet received permission from the Court of Appeals to file this successive *Petition* in the District Court as required by statute, this Court lacks jurisdiction to consider his claims. Accordingly,

---

[1] Rec. Doc. 1.
[2] *Lee v. Venetia Michael, et al.*, 07-cv-819 (M.D. La.).

**IT IS HEREBY ORDERED** that the *Petition*[3] be deemed successive and that it be DISMISSED for lack of jurisdiction because Petitioner did not obtain permission from the United States Court of Appeals for the Fifth Circuit prior to filing.

Baton Rouge, Louisiana the 1 day of February, 2018.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[3] Rec. Doc. 1.